UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALBERT STANLEY,**<br><br>                              Plaintiff,<br><br>    -vs-<br><br>**FIRSTSOURCE ADVANTAGE, LLC,**<br><br>                              Defendant. | *Civil Action No. 10-CV-0596* |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Albert Stanley hereby voluntarily dismisses the present action against Defendant Firstsource Advantage, LLC, *with prejudice*, and each party bearing their own costs, expenses and attorney fees.

Date: August 27, 2010

/s/Frank J. Borgese
Frank J. Borgese, Esq.
Graham Law, P.C.
*Attorneys for Plaintiff Stanley*
1207 Delaware Ave., Suite 202
Buffalo, New York 14209
fborgese@grahamlawpc.com
716.200.1520